IN THE FEDERAL COURT OF ~~THE NINTH JUDICIAL CIRCUIT~~
IN AND FOR THE UNITED STATES OF AMERICA

6:06-cv-525-ORL-18JGG

## NOTICE OF INTENT

I FREDDIE LEWIS AS PLAINTIFF IN THIS FEDERAL SUIT AM SERVING THE FOLLOWING PARTIES WITH THE NOTICE OF MY INTENT TO FILE SUIT AGAINST THEIR GOOD WILL.

THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA, OSCEOLA COUNTY COURTHOUSE P.O. BOX 421501 KISSIMMEE, FLORIDA 34742-1501

JAMES V. CROSBY, JR OR SITTING SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTION, P.O. BOX 12360 TALLAHASSEE, FLORIDA 32317-2500

## NOTICE OF FILING PRO-LO

I, Freddie Joe Lewis JR. AM FILING THIS SUIT PRO-LO ON MY OWN BEHALF. I HAVE NO KNOWLEDGE OF THE LAW AND THAT THIS COURT PLEASE EXCUSE MY UNPROFESSIONLISM AND POSSIBLE OVERSIGHT OF SOMETHING PERTAINING TO THE LAW AND FILING SUCH AN SUIT AND THUS HEAR MY SUIT

I, Freddie Joe Lewis JR. I SWEAR THAT THE FOLLOWING IS AN TRUE STATEMENT.