UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDDIE JOE LEWIS, JR.,
           Plaintiff,

-vs-                                   Case No. 6:06-cv-525-Orl-18JGG

STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS,
NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA,
           Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Accordingly, plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED** and this complaint is **DISMISSED** without prejudice as frivolous.

It is **SO ORDERED** in Orlando, Florida, this _____ day of May, 2006.

                                G. KENDALL SHARP
                                Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge